IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO. 3:21cv24 |
| Plaintiff, | : JUDGE WALTER H. RICE |
| v. | : |
| FORTY-ONE THOUSAND AND 00/100 DOLLARS ($41,000.00) IN UNITED STATES CURRENCY, et al. | : : |
| Defendants. | |

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.[1]

**IT IS SO ORDERED.**

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Case settled. Ministerial procedures remain.